# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TONY MATTHEW RUIZ
ADC #157474                                                                PLAINTIFF

v.   No. 4:25-cv-543-DPM-BBM

WILLIAM FREEMAN, IV, Major, Varner
Supermax Unit                                                              DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 9*, adopted. *Doc. 10*; Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Ruiz's excessive-force claim against Major Freeman in his individual capacity proceeds. All his other claims are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2026